CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 3 0 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FRED LEWIS WILSON, | ) |
| Petitioner, | ) Case No. 7:10CV00457 |
| v. | ) **FINAL ORDER** |
| TRACY RAY, WARDEN, | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the motion to dismiss is **GRANTED** as to claim (a) and dismissed without prejudice as to claims (b) and (c); that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** in its entirety; and that this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 30th day of December, 2010.

_____
Chief United States District Judge